# United States Court of Appeals
## For the First Circuit

No. 22-1169

STEPHEN R. CROCKETT,

Petitioner,

v.

UNITED STATES RAILROAD RETIREMENT BOARD,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on February 28, 2023, is amended as follows:

On page 13, line 22 replace "duty to" with "duty."